# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **THOMAS GADDIS,** | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-00533-LCB-SGC |
| **JIMMY KILGORE,** | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report on April 29, 2021, recommending this federal habeas petition filed by Thomas Gaddis pursuant to 28 U.S.C. § 2241 be dismissed for failing to assert any claims cognizable, or seek any relief available, in a federal habeas corpus action and/or for failing to exhaust state court remedies. (Doc. 6 at 8).  While advised of his right to file specific written objections to the Report and Recommendation within fourteen (14) calendar days (*Id.* at 8-9), Gaddis has not submitted objections, or any other response, within the prescribed time.[1]

After careful consideration of the record in this case and the Magistrate Judge's Report, the Court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS**

---

[1] A motion requesting the court to proceed with this case was docketed as filed on April 30, 2021. (Doc. 7).  Given Gaddis dated the submission April 16, 2021, it cannot fairly be construed as objections to the April 29, 2021 report and recommendation.  Regardless, the filing repeats Gaddis's conclusory allegations addressed in the report and recommendation.

her Recommendations. In accordance with the recommendations, the Court finds Gaddis's federal habeas petition is due to dismissed.

A separate order will be entered.

**DONE** and **ORDERED** June 2, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE